IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EULA LEE M. JACKSON,

    Plaintiff,                      No. CIV S-03-2640 WBS DAD PS

    vs.

INVESTMENT COUNTY OF SACRAMENTO,

    Defendant.                  <u>ORDER</u>

/

        Plaintiff, proceeding pro se, filed a request to reopen the above-entitled action, which was closed on May 7, 2004.  The request was referred to the United States Magistrate Judge by minute order filed October 1, 2009.

        On October 5, 2009, the magistrate judge filed findings and recommendations which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  In the interests of justice, plaintiff's letter filed October 22, 2009 will be construed as objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

1

1  /////

2  file, the court finds the findings and recommendations to be supported by the record and by

3  proper analysis.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1. The findings and recommendations filed October 5, 2009 (Doc. No. 11) are

6  adopted in full; and

7          2. Plaintiff's August 5, 2009 request to reopen this case (Doc. No. 9) is denied.

8  DATED:   November 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/jackson2640.jo2